JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No. CV 10-07970 WDK-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **IBAD AHMED,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff Joe Hand Promotions, Inc. and against defendant Ibad Ahmed, individually and d/b/a Inferno Grill, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Ibad Ahmed, individually and d/b/a Inferno Grill, shall pay the plaintiff, Joe Hand Promotions, Inc., $1,800.00 in total damages.

///
///
///
///
///

1    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: June 4, 2015

_____
William Keller
United States District Judge

- 2 -